NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CORNELL D.M. JUDGE CORNISH,
*Plaintiff-Appellant,*

v.

DAVID J. KAPPOS, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,
UNITED STATES PATENT AND TRADEMARK
OFFICE, HARRY I. MOATZ, DIRECTOR, OFFICE
OF ENROLLMENT AND DISCIPLINE, AND
WILLIAM J. GRIFFIN, STAFF ATTORNEY, OFFICE
OF ENROLLMENT AND DISCIPLINE,
*Defendants-Appellees.*

2011-1041

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

ON MOTION

ORDER

Cornell D.M. Judge Cornish moves for a 30-day extension of time, until May 5, 2011, to file his reply brief. The court notes that Cornish's February 25, 2011 submission was treated as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

**APR 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Cornell D.M. Judge Cornish
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2011

JAN HORBALY
CLERK